1014

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY RODRIGUEZ, JR., *Appellant*.

Appeal from judgments of the Superior Court for Lewis County, No. 00-1-00607-6, Richard L. Brosey, J., entered March 20 and April 17, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[Nos. 28786-2-II; 28796-0-II.   Division Two.   June 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY J. CHERINGTON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-02370-5, John F. Nichols, J., entered May 8, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 28804-4-II.   Division Two.   June 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA MARIE BRADY, *Appellant*.

Appeal from judgments of the Superior Court for Kitsap County, No. 02-1-00063-9, Leila Mills, J., entered April 12 and May 1, 2002. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 28866-4-II.   Division Two.   June 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS LANE HOUSER, *Appellant*.

Appeal from judgments of the Superior Court for Thurston County, No. 01-1-01664-8, Richard D. Hicks, J., entered April 5 and May 21, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.